LAW OFFICES OF
# CHARLES A. PISATURO, JR.
1055 ELMWOOD AVENUE
PROVIDENCE, RHODE ISLAND 02907
TELEPHONE (401) 274-3800
FACSIMILE (401) 751-6786
E-MAIL: cap@pisaturolaw.com

CHARLES A. PISATURO, JR.

Also admitted in MA


November 15, 2016

Registry for the U.S. Bankruptcy Court
380 Westminster Street
Providence, Rhode Island 02903

    RE:    Unita Packing Co., Inc.
               Chapter 7 BK No. 07-10373

Dear Clerk,

      Enclosed please find a check in the amount of $3,480.99 (#21108) to be paid to the Registry regarding the above-referenced matter. This check represents funds that were not cashed for the following claims:

| | |
|---|---|
| T.T. Ex.<br>P.O. Box 1483<br>Fall River, MA 02722-1483 | Claim: 18<br>Amount Filed: $4,421.19<br>Amount Allowed: $397.23 |
| Bri-Al, L.L.C.<br>1300 Mount Kemble Road<br>Morristown, NJ 07962 | Claim: 20<br>Amount Filed: $3,578.18<br>Amount Allowed: $321.49 |
| Coyne Textile Services<br>1158 East 12th Street<br>Erie, PA 16512 | Claim: 69<br>Amount Filed: $527.35<br>Amount Allowed: $47.38 |
| Cinquina Foods, Inc.<br>Taft & McSally LLP<br>21 Garden City Drive<br>Cranston, RI 02920 | Claim: 74<br>Amount Filed: $21,543.99<br>Amount Allowed: $1935.67 |
| C.M. Jackson Associates<br>1111 Macarthur Blvd #208<br>Mahwah, NJ 07430-2038 | Claim: 83<br>Amount Filed: $2,519.46<br>Amount Allowed: $226.37 |

Parmacotto America Inc.                  Claim: 100
Tarter Krinsky & Drogin LLP              Amount Filed: $6,153.16
1350 Broadway                            Amount Allowed: $552.85
New York, NY 10018

    If you have any questions or concerns regarding this matter, please do not hesitate to contact my office. Thank you.

Very truly yours,

CHARLES A. PISATURO, JR.

CAP/jp
Enclosure

```
        UNITED STATES
      BANKRUPTCY COURT
      DISTRICT OF RHODE ISLAND
        PROVIDENCE DIVISION

      # 72965      - JT

      November 17, 2016
           13:51:11

          REGISTRY
         07-10373-DF7
Debtor.: UNITA PACKING CO., INC.
Judge..: DIANE FINKLE
Trustee: Charles Pisaturo
Amount.:           $3,480.99 CH
Check#.: 21108



Total->   $3,480.99


FROM: CHARLES PISATURO
```

Rabobank, N.A.
Santa Maria, CA
Phone: 800-465-2415 for Rabobank Specialty Deposits

Case 07-10373 WCH
Debtor UNITA PACKING CO., INC.
5002930165
Total unclaimed funds for unclaimed divided checks

Pay to the Order of: United States Bankruptcy Court
Registry for Unclaimed Funds
380 Westminster Street
Providence RI 02903

~~~Three Thousand Four Hundred Eighty Dollars and 99/100

VOID AFTER 90 DAYS

21108
90-3715 / 1222
3751

TID #590100
Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence RI 02907

Date 11/14/2016

$ *********3,480.99

Charles A. Pisaturo Jr., Trustee

50839W